# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANIEL RENTERIA-VILLEGAS, and ) <br> DAVID ERNESTO GUTIERREZ-TURCIOS, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, and ) <br> UNITED STATES IMMIGRATION AND ) <br> CUSTOMS ENFORCEMENT, ) <br> ) <br> **Defendants.** ) | No. 3:11-00218 <br> **Judge Sharp** |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby GRANTS Plaintiffs' Motion for Leave to Amend Complaint (Docket No. 30). Plaintiffs' proposed Third Amended Complaint and the accompanying exhibits (Docket Nos. 30-1 to 30-4) are hereby filed as of record in this case.

With that ruling, the Motions to Dismiss filed by Defendants United States Immigration and Customs Enforcement (Docket No. 10) and the Metropolitan Government of Nashville and Davidson County (Docket No. 12) are hereby DENIED AS MOOT. Plaintiffs' Motion for Preliminary Injunction (Docket No. 3) is also DENIED AS MOOT. Said denials are without prejudice to the parties filing similar motions in relation to the Third Amended Complaint, if appropriate.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE