UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANIEL RENTERIA-VILLEGAS, et al., | ) | |
| | ) | |
| v. | ) | NO. 3:11-0218 |
| | ) | JUDGE SHARP |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE & DAVIDSON COUNTY, | ) | |
| et, al., | ) | |

**O R D E R**

Pending before the Court is SEALED Plaintiff's Counsel Motion to Withdraw from Representation of Plaintiff Daniel Renteria-Villegas (Docket Entry No. 131). Therefore, for the reasons set forth in the motion, it is hereby GRANTED, and Plaintiff's counsel are permitted to withdraw as counsel of record in this action.

The Plaintiff will be allowed thirty (30) days from the date of the entry of this order within which to retain substitute counsel or to notify the Court that he intends to proceed pro se. If substitute counsel is retained, said substitute counsel shall file a Notice of Entry of Appearance with the Clerk before the expiration of this 30-day time period. If substitute counsel is not retained, Plaintiff shall notify the Court in writing before the expiration of this 30-day period that he wishes to proceed pro se.

The Clerk is directed to furnish a copy of this Order by regular and certified mail to Plaintiff Daniel Renteria-Villegas, 1305 Venus Drive, Nashville, TN 37217

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE